# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ROBERT SIRVYDAS and MARYANN SIRVYDAS,<br>　　*Plaintiffs*<br><br>v.<br><br>**STATE FARM LLOYDS,**<br>　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. 1:24-CV-00586-DII |

## O R D E R

The parties filed a Proposed Agreed Scheduling Order on June 27, 2024. Dkt. 4. The Proposed Agreed Scheduling Order does not conform to Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **July 19, 2024**.

**SIGNED** on July 2, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE